[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRIGHT HARRY )
) Case No: 17-cv-02385
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
KCG AMERICAS LLC, et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Edward A. Corcoran, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Computer Voice Systems, Inc. in the above-entitled action. My local co-counsel in this case is Mark C. Humphrey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 401 Charmany Drive, Suite 310<br>Madison, WI 53705 | 6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 |
| MY TELEPHONE # OF RECORD:<br>(608) 661-4500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(323) 301-4660 |
| MY EMAIL ADDRESS OF RECORD:<br>ecorcoran@neiderboucher.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mhumphrey@earlysullivan.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1009017.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/01/17

Edward A. Corcoran
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward A. Corcoran is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/1/2017

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE