Edward A. Corcoran WI SBN 1009017
(*Pro Hac Vice Application pending*)
  *ecorcoran@neiderboucher.com*
NEIDER & BOUCHER, S.C.
401 Charmany Drive, Suite 310
P.O. Box 5510
Telephone: (608) 661-4500
Facsimile: (608) 661-4510

Eric P. Early, SBN 166275
  *eearly@earlysullivan.com*
Mark C. Humphrey, SBN 291718
  *mhumphrey@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendants
COMPUTER VOICE SYSTEMS, INC., PAUL A. STURM, and
SCOTT W. BENZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIGHT HARRY,<br><br>             Plaintiff,<br><br>vs.<br><br>KCG AMERICAS LLC, et al.,<br><br>             Defendants. | Case No.: 17-cv-02385-HSB-LB<br><br>**ORDER TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO AMENDED COMPLAINT**<br><br>[Hon. Haywood S. Gilliam, Jr.] |



Defendants Computer Voice Systems, Inc.'s, Paul A. Sturm's and Scott W. Benz's (collectively "CVS") Motion for Extension of Time to File an Answer or Otherwise Respond to Amended Complaint is **GRANTED**. Defendant CVS has until July 24, 2017, to answer or otherwise respond to the Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 12, 2017



HON. HAYWOOD S. GILLIAM, JR.