1  JEFFRY HENDERSON (*pro hac vice pending*)
   hendersonj@gtlaw.com
2  ROBERT CHRISTIE (*pro hac vice pending*)
   christier@gtlaw.com
3  KATHARINE L. MALONE (SBN: 290884)
   malonek@gtlaw.com
4  GREENBERG TRAURIG, LLP
   Four Embarcadero Center, Suite 3000
5  San Francisco, CA 94111
   Telephone: (415) 655-1300
6  Facsimile: (415) 707-2010

7  Attorneys for Defendants
   KCG Americas LLC, Daniel B. Coleman,
8  Carl Gilmore, Greg Hostetler, Main Street Trading, Inc.,
   Patrick J. Flynn, Wedbush Securities Inc. & Edward W. Wedbush

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRIGHT HARRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KCG AMERICAS LLC, DANIEL B. COLEMAN, CARL GILMORE, GREG HOSTETLER, MAIN STREET TRADING, INC., PATRICK J. FLYNN, WEDBUSH SECURITIES INC., EDWARD W. WEDBUSH, ION TRADING, INC, ANDREA PIGNATARO, ROBERT SYLVERNE, COMPUTER VOICE SYSTEMS, INC., PAUL STURM, and SCOTT WILLIAM BENZ,<br><br>　　　　Defendants. | CASE NO. 4:17-CV-2385-HSG<br><br>**ORDER GRANTING DEFENDANTS KCG AMERICAS LLC, DANIEL B. COLEMAN, CARL GILMORE, GREG HOSTETLER, MAIN STREET TRADING, INC., PATRICK J. FLYNN, WEDBUSH SECURITIES INC., AND EDWARD W. WEDBUSH AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Complaint Filed: April 26, 2017<br>Amended Complaint Filed: May 16, 2017 |

---

**ORDER**

Based on Defendants KCG Americas LLC, Daniel B. Coleman, Carl Gilmore, Greg Hostetler, Main Street Trading, Inc., Patrick J. Flynn, Wedbush Securities Inc. and Edward W. Wedbush (collectively, "Wedbush Defendants"), Motion for an Extension to Respond to Plaintiff's Amended Complaint and the supporting documents submitted therewith, **IT IS HEREBY ORDERED** that:

Good cause appearing, the Wedbush Defendants' Motion for an Extension to Respond to Plaintiff's Amended Complaint is **GRANTED**.

Dated:  June 12, 2017

_____
Honorable Judge Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California