# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| BRIGHT HARRY, | Case No. 17-cv-02385-HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANTS, COMPUTER VOICE SYSTEMS, INC.'S, PAUL A. STURM'S AND SCOTT W. BENZ'S, MOTION TO APPEAR TELEPHONICALLY** |
| v. | |
| KCG AMERICAS LLC, et al., | |
| Defendants. | |

**ORDER**

Having considered Defendants Computer Voice Systems, Inc.'s, Paul A. Sturm's and Scott W. Benz's Motion to Appear Telephonically at the Case Management Conference on August 1, 2017 at 2:00 p.m.;

**IT IS HEREBY ORDERED** that Attorney Edward A. Corcoran may appear telephonically at the Case Management Conference on August 1, 2017 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 7/31/2017

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM JR.

184234.1