UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KCG AMERICAS LLC, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02385-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference previously set for August 1, 2017 is **CONTINUED** to September 21, 2017 at 2:00 PM in Courtroom 2, 4th Floor, Oakland before Hon. Haywood S. Gilliam, Jr. The parties need not file any further case management statements prior to the September 21 conference.

**IT IS SO ORDERED.**

Dated: 8/1/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge