UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIGHT HARRY, | Case No. 17-cv-02385-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO E-FILE** |
| KCG AMERICAS LLC, et al., | Re: Dkt. Nos. 6, 52 |
| Defendants. | |

Bright Harry has asked for the Court's leave to participate in Electronic Case Filing (ECF). Dkt. No. 6. Mr. Harry's application states that he has read the requirements for e-filing and agrees to abide by them. Accordingly, the Court **GRANTS** his motion to participate in ECF. Mr. Harry is directed to review General Order 45 in particular if he has not done so already.

As part of his obligations under General Order 45, Mr. Harry shall provide a printed courtesy copy of any document he files via ECF to the chambers of the presiding judge.

This copy must be lodged with the Clerk of the Court no later than noon on the business day after filing the document on ECF.

Mr. Harry's second application, Dkt. No. 52, is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: 8/4/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge