UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY,<br><br>    Plaintiff,<br><br>  v.<br><br>KCG AMERICAS LLC, et al.,<br><br>    Defendants. | Case No.17-cv-02385-HSG<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER TO ISSUE SUMMONS**<br><br>Re: Dkt. No. 79 |

On April 9, 2018, Plaintiff Bright Harry filed an administrative motion seeking an order by this Court issuing a summons to various personnel of the Commodity Futures Trading Commission. *See* Dkt. No. 79. Plaintiff cites no authority that would permit such an order. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: 4/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge