# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KCG AMERICAS LLC, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-02385-HSB-(LB)<br><br>**ORDER EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND MOTION FOR JUDICIAL REVIEW**<br><br>[Hon. Haywood S. Gilliam, Jr.] |

**ORDER**

Defendants Computer Voice Systems, Inc., Paul A. Sturm and Scott W. Benz (collectively "CVS") KCG Americas, LLC ("KCG"), Daniel B. Coleman, Carl Gilmore, Greg Hostetler, Main Street Trading, Inc. ("MST"), Wedbush Securities, Inc. ("WEDBUSH"), Edward W. Wedbush, Ion Trading, Inc. ("ION"), Andrea Pignataro and Robert Sylverne's Motion for Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Second Amended Complaint and Motion for Judicial Review is **GRANTED**. Defendants have until April 27, 2018, to answer or otherwise respond to the Second Amended Complaint and Motion for Judicial Review.

**IT IS SO ORDERED.**

Dated: April 17, 2018

Hon. Haywood S. Gilliam, Jr.