Edward A. Corcoran (WI SBN 1009017)
(*Pro Hac Vice*)
　ecorcoran@neiderboucher.com
NEIDER & BOUCHER, S.C.
401 Charmany Drive, Suite 310
P.O. Box 5510
Madison, Wisconsin 53719
Telephone: (608) 661-4500
Facsimile: (608) 661-4510

Peter D. Scott, State Bar Number 247786
　pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendants
COMPUTER VOICE SYSTEMS, INC., PAUL A. STURM,
and SCOTT W. BENZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY<br>Plaintiff,<br><br>vs.<br><br>KCG AMERICAS LLC, et. al.,<br>Defendants. | Case No. 4:17-cv-02385-HSG<br><br>**DEFENDANTS COMPUTER VOICE SYSTEMS, INC.'S, PAUL A. STURM'S AND SCOTT W. BENZ'S, NOTICE OF MOTION AND MOTION TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION FOR JUDICIAL REVIEW AND DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br><br>DATE:　　August 23, 2018<br>Time:　　2:00 p.m.<br>Location:　Oakland Federal Court<br>　　　　　Courtroom 2, 4th Floor<br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Computer Voice Systems, Inc., Paul A. Sturm and Scott W. Benz ("CVS"), by their attorneys Edward A. Corcoran and Peter D. Scott, move the Court for an Order allowing the telephonic appearance of Attorney Edward A. Corcoran at the hearing on August 23, 2018 at 2:00 p.m. regarding:

1. Plaintiff's Motion for Judicial Review;
2. Defendant CVS's Motion to Dismiss Second Amended Complaint;
3. Defendant ION Trading's Motion to Dismiss Second Amended Complaint; and
4. Defendants Wedbush/KCG Americas' Motion to Dismiss Second Amended Complaint.

Per the Court's Standing Order, Attorney Edward A. Corcoran has the full authority to make decisions about any issue that may come up during the conference.

DATED: August 15, 2018.

By: /s/*Edward A. Corcoran*
Edward S. Corcoran
Attorneys for Computer Voice Systems, Inc., Paul A. Sturm and Scott W. Benz

DATED: 8/16/2018



DENIED
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA