| | |
|---|---|
| 1 | JEFFRY HENDERSON (*pro hac vice*) |
| | hendersonj@gtlaw.com |
| 2 | ROBERT CHRISTIE (*pro hac vice*) |
| | christier@gtlaw.com |
| 3 | KATHARINE L. MALONE (SBN: 290884) |
| | malonek@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP |
| | Four Embarcadero Center, Suite 3000 |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 655-1300 |
| 6 | Facsimile: (415) 707-2010 |

Attorneys for Defendants
KCG Americas LLC, Daniel B. Coleman,
Carl Gilmore, Greg Hostetler, Main Street Trading, Inc.,
Patrick J. Flynn, Edward W. Wedbush and Wedbush Securities Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRIGHT HARRY, <br><br> Plaintiff, <br><br> v. <br><br> KCG AMERICAS LLC, DANIEL B. COLEMAN, CARL GILMORE, GREG HOSTETLER, MAIN STREET TRADING, INC., PATRICK J. FLYNN, WEDBUSH SECURITIES INC., EDWARD W. WEDBUSH, ION TRADING, INC, ANDREA PIGNATARO, ROBERT SYLVERNE, COMPUTER VOICE SYSTEMS, INC., PAUL STURM, and SCOTT WILLIAM BENZ, <br><br> Defendants. | CASE NO. 4:17-CV-2385-HSG <br><br> **NOTICE OF MOTION AND DEFENDANTS KCG AMERICAS LLC, DANIEL B. COLEMAN, CARL GILMORE, GREG HOSTETLER, MAIN STREET TRADING, INC., PATRICK J. FLYNN, EDWARD W. WEDBUSH AND WEDBUSH SECURITIES INC.'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR SANCTIONS** AND ORDER <br><br> Complaint Filed: April 26, 2017 <br> Amended Complaint Filed: May 16, 2017 <br> Second Amended Complaint Filed: April 3, 2018 <br><br> Honorable Haywood S. Gilliam, Jr., presiding |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants KCG Americas LLC, Daniel B. Coleman, Carl Gilmore, Greg Hostetler, Main Street Trading, Inc., Patrick J. Flynn, Edward W. Wedbush and Wedbush Securities Inc. (collectively, "Wedbush") hereby move the Court for entry of an order allowing thirty days to file a Motion for Sanctions against plaintiff Bright Harry.

DATED: August 29, 2018

By: __/s/ Robert B. Christie_____
    Robert B. Christie

    One of Defendants' Attorneys

    KCG Americas LLC,
    Daniel B. Coleman,
    Carl Gilmore,
    Greg Hostetler,
    Main Street Trading, Inc.,
    Patrick J. Flynn,
    Edward W. Wedbush and
    Wedbush Securities Inc.

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SANCTIONS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6-1 of this Court's Civil Local Rules, Defendants KCG Americas LLC, Daniel B. Coleman, Carl Gilmore, Greg Hostetler, Main Street Trading, Inc., Patrick J. Flynn, Edward W. Wedbush and Wedbush Securities Inc. (collectively "Wedbush") respectfully request the entry of an order extending the time to file a Motion for Sanctions against plaintiff Bright Harry, and in support state as follows:

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Plaintiff Bright Harry ("Harry") commenced this action on April 26, 2017, through the filing of a 39 page Complaint. On May 16, 2017, Harry amended his Complaint ("First Amended Complaint") without leave of court. The First Amended Complaint consisted of 79 pages of allegations. On April 3, 2018, following the Court's dismissal of his First Amended Complaint, Harry again amended his complaint (the "Second Amended Complaint"), this time with leave of the Court.[1] Harry's Second Amended Complaint consisted of 89 pages of allegations.

2. The contemptuous conduct reflected in the referenced complaints merely foreshadowed Harry's bad faith and vexatious actions that would follow. Following receipt of his First Amended Complaint, Wedbush served Harry on August 3, 2017, with a Rule 11 Notice, wherein Wedbush demanded that Harry dismiss his action against Wedbush.

3. Not only did Harry ignore the Rule 11 Notice served on him, Harry actively assisted Ronald Draper ("Draper") in drafting and filing a separate action on April 27, 2018, against the identical defendants that were named in this action (Docket No. 18-cv-02524).

4. On August 27, 2018, the Court dismissed Harry's (and Draper's) Complaints and all pending motions.

5. Wedbush intends to file a Rule 11 Motion for Sanctions against plaintiff Bright Harry for

---

[1] Harry titled his Second Amended Complaint as "First Amended Complaint." To eliminate confusion, the title "Second Amended Complaint" will be used in this Motion.

the recovery of attorneys' fees and costs incurred in this action, and requests 30 days to file its Motion for Sanctions and supporting documents.

## CONCLUSION

For the foregoing reasons, KCG Americas LLC, Daniel B. Coleman, Carl Gilmore, Greg Hostetler, Main Street Trading, Inc., Patrick J. Flynn, Edward W. Wedbush and Wedbush Securities Inc, respectfully request the entry of an order allowing Wedbush 30 days, or until on or before September 28, 2018, to file their Motion for Sanctions and supporting documents, and for such further relief that the Court finds necessary under the circumstances.

DATED: August 29, 2018

By: /s/ Robert B. Christie
Robert B. Christie

*Attorneys for Defendants*
KCG Americas LLC,
Daniel B. Coleman,
Carl Gilmore,
Greg Hostetler,
Main Street Trading, Inc.,
Patrick J. Flynn,
Edward W. Wedbush and
Wedbush Securities Inc.

DATED: 8/30/2018

