UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY,<br><br>    Plaintiff,<br><br>v.<br><br>KCG AMERICAS LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-02385-HSG<br><br>**JUDGMENT** |

    Judgment is hereby entered consistent with the Court's Order Striking Impermissible Filing; Denying Motion to Consolidate; Denying Motion to Stay; Granting Motions to Dismiss,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 19th day of April, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.